**THOMAS, THOMAS & HAFER, LLP**
**By: Michael Giacopelli, Esquire**
**Attorney ID No. 361832021**
mgiacopelli@tthlaw.com
**The Trinity Building**
**111 Broadway**
**Suite 1204**
**New York, NY 10006**
**908-574-0510**
**Attorneys for Defendant: Harriet R. Brumberg**

| | |
|---|---|
| **JOSEPH LENTO,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**HARRIET BRUMBERG.**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>**DOCKET NO.: 1:26-cv-06110**<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance on behalf of Defendant, **HARRIET BRUMBERG.**

**PLEASE TAKE FURTHER NOTICE** that copies of all papers filed with the Court in this matter should be served upon the undersigned at **mgiacopelli@tthlaw.com**.

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**
Attorney for Defendant, **Harriet Brumberg.**

Dated: November 25, 2026

By: ______________________
Michael Giacopelli, Esquire
Attorney Identification No. 013552008
The Trinity Building
111 Broadway
Suite 1204
New York, NY 10006
914-522-4922
mgiacopelli@tthlaw.com