THOMAS, THOMAS & HAFER LLP
Attorneys At Law

The Trinity Building
111 Broadway, Suite 1204
New York, NY 10006
Phone: 646.825.3814 Fax: 646.825.3816

The Honorable Edgardo Ramos,
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Courtroom 619
ChambersNYSDRamos@nysd.uscourts.gov

Courtroom Deputy Clerk
Ms. Jazmin Trotman
jazmin_trotman@nysd.uscourts.gov

**November 25, 2026**

**RE: *Lento v. Brumberg*, No. 26-cv-06110-ER**
**Defendant Harriet R. Brumberg Request for Pre-Motion Conference**

Dear Judge Ramos:

Pursuant to Your Honor's individual practices, Defendant Harriet R. Brumberg, through undersigned counsel, respectfully requests this Court to schedule a conference regarding a Motion to Dismiss the Complaint that Ms. Brumberg will be filing. Ms. Brumberg submits this request without waiver of her challenge that she is subject to the personal jurisdiction of this Court.

This civil rights action arises out Plaintiff Joseph Lento's suspension from the practice of law in Pennsylvania.[1] Mr. Lento's complaints against Ms. Brumberg, counsel for the Pennsylvania Office of Disciplinary Counsel ("ODC"), stem from her handling of misconduct complaints lodged against Mr. Lento to the ODC.[2] On September 10, 2026, the Third Judicial Department suspended Mr. Lento from practicing law in New York for a minimum of three years and conditioned his reinstatement in this state on his reinstatement in Pennsylvania and until further ordered by the Third Judicial Department Supreme Court. *See In the Matter of Joseph Derrick Lento, an Attorney, Attorney Registration No. 5718622*, No. PM-202-26, 2026 WL 2659963 (3d Dep't Sept. 10, 2026). The Third Judicial Department noted that Mr. Lento's "continuous attempts to relitigate the issues raised in the disciplinary proceedings" were improper and that Mr. Lento "meaningfully participated in the [Pennsylvania] disciplinary proceedings, countering any contention that he was deprived of his due

[1] Dkt. No. 1 ("Compl."), ¶¶ 1, 11, 15–18, 20–22; *Office of Disciplinary Counsel v. Lento*, No. 3063 Disciplinary Docket No. 3, No. 80 DB 2022, Attorney Registration No. 208824 (Pa. Nov. 19, 2024) (per curiam) (suspending Mr. Lento from the practice of law in Pennsylvania for five years in a unanimous opinion), *cert. denied*, 145 S.Ct. 1932 (2025).

[2] (Compl. at ¶¶ 1, 11, 15–18, 20–22.)

process rights or that there was an infirmity of proof," and that his "extensive misconduct would constitute misconduct in this state." *Id.*, 2026 WL 2659963 at *2.

As will be set forth in Ms. Brumberg's Motion to Dismiss the Complaint, this Court should dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1), (2) and (6).

This action faces several jurisdictional bars that require Rule 12(b)(1) dismissal. This Court lacks subject matter jurisdiction over Mr. Lento's claims, as they are barred by the Rooker-Feldman doctrine, Eleventh Amendment immunity, and prosecutorial immunity. The allegations in the instant suit largely mirror those Mr. Lento has already litigated to finality in other forums.[3] Res judicata and/or collateral estoppel also serves as an insurmountable hurdle to this action.

Dismissal is also warranted under Rule 12(b)(2). None of Ms. Brumberg's alleged acts which Mr. Lento complains about took place in New York. This Court thus lacks specific personal jurisdiction over Ms. Brumberg, as Mr. Lento has not alleged she took any actions in the state of New York, let alone had such continuous or systematic contacts with New York such that she was essentially "at home" in the state. Venue is also improper in this jurisdiction, and, given the immunities that apply and deficiencies of the Complaint, this Court should dismiss the suit with prejudice.

Beyond these issues, Mr. Lento's claims must be dismissed under Rule 12(b)(6). The claims are barred by the applicable statute of limitations and also fail to state claims for relief that are legally cognizable.

For the foregoing reasons, Ms. Brumberg seeks a Pre-Motion Conference.

Respectfully,

***S/*** Meagan Gabriel

Michael N. Giacopelli, Esquire
Meagan M. Gabriel, Esquire
Thomas, Thomas & Hafer, LLP
260 Madison Avenue, 8th Floor
New York, NY 10016
MGabriel@tthlaw.com

***S/***

---

[3] *See In the Matter of Joseph Derrick Lento*, 2026 WL 2659963; *Petition for a Writ of Certiorari in Office of Disciplinary Counsel v. Lento*, No. 3063 Disciplinary Docket No. 3, No. 80 DB 2022, Attorney Registration No. 208824 (Pa. Nov. 19, 2024) *cert. denied*, 145 S.Ct. 1932 (2025).

Kira N. Lum, Esquire (*pro hac vice application forthcoming*)
PA Bar ID No. 321678,
NJ Bar ID No. 173462015
Michael Daley, Esquire (*pro hac vice application forthcoming*)
PA Bar ID No. 77212
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

***Attorneys for Defendant Harriet R. Brumberg***